| | |
|---|---|
| DOUGLAS J. COPPESS, Individually and on Behalf of All Others Similarly Situated ) ) ) ) ) | |
| v. ) ) ) | NO.: 3:10cv0109<br>JUDGE CAMPBELL |
| HEALTHWAYS, INC; BEN R. LEEDLE, JR., THOMAS G. CIGARRAN, JOHN A. WICKENS HENRY D. HERR, WARREN NEEL, WILLIAM C. O'NEIL, JR., JAY C. BISGARD, JOHN W. BALLATINE, MARY JANE ENGLAND, ALISON TAUNTON-RIGBY, L. BEN LYTLE, MARY A. CHAPUT, ALFRED LUMSDAINE, BETTY ANN LAY, AMY MOORE, KEITH BRALY, GLENN HARGREAVES, HANS BERTIL WESTIN, CLAIBRONE RICHARDS, JERRY ARMSTRONG, and JOHN DOE 1-10 ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/28/2011.

      KEITH THROCKMORTON, CLERK
      s/Tina M. Webster, Deputy Clerk